IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUIS OLIVARES, an individual, on behalf of himself, on behalf of all persons similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>UBER TECHNOLOGIES, INC., a corporation,<br><br>    Defendant. | No. 16-cv-06062<br><br>Judge Jorge L. Alonso<br><br>Magistrate Judge Cox |

**DEFENDANT'S AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO AMENDED COMPLAINT**

Defendant Uber Technologies, Inc. ("Uber"), by its attorneys and for its Agreed Motion for Extension of Time To File Responsive Pleading to Amended Complaint, state as follows:

 1. Plaintiff filed his initial Complaint on June 9, 2016.

 2. On July 20, 2016, Plaintiff served a summons and the Complaint on Uber.

 3. The day before, on July 19, 2016, Plaintiff filed a First Amended Class Action Complaint (the "Amended Complaint"). Uber has not yet been served with the Amended Complaint.

 4. Uber's responsive pleading to Plaintiff's initial Complaint is due by August 10, 2016. In the interest of efficiency, counsel for Uber has agreed to accept service of the Amended Complaint, but wishes to have additional time to file its responsive pleading to the Amended Complaint. Specifically, Defendants seek an extension to September 9, 2016 to answer or otherwise plead to the Amended Complaint.

1

5.	Counsel for Defendant has spoken to Plaintiff's counsel, who has agreed to this Motion and the requested extension of time.

6.	Plaintiff's counsel and counsel for Uber have also discussed the fact that the Court has set an initial status conference for August 31, 2016, with certain meet and confer obligations existing before that August 31, 2016 date. The parties believe that it would be most efficient for Uber to file its responsive pleading before any such discussions occur. Therefore, the parties also respectfully request that the Court reset the August 31, 2016 initial status conference date to a date after September 9, 2016.

WHEREFORE, Defendant respectfully requests that this Court grant an extension up to and including September 9, 2016 to answer or otherwise plead to Plaintiff's Amended Complaint. The parties also respectfully request that the Court reset the August 31, 2016 initial status conference date to a date after September 9, 2016.

Respectfully submitted,

Uber Technologies, Inc.

By:	*/s/ Todd M. Church*
		One of Its Attorneys

James J. Oh
Todd M. Church
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1000
Chicago, IL  60654
(312) 372-5520

Dated: August 8, 2016

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on August 8, 2016, he caused true and correct copies of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all Filing Users.

/s/ *Todd M. Church*
One of the Attorneys for Defendant

Firmwide:141988004.1 073208.1220